1   William D. Hyslop
United States Attorney
2   Eastern District of Washington
Ian L. Garriques
3   Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
4   Yakima, WA 98901-2760
Telephone: (509) 454-4425
5

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2020

SEAN F. McAVOY, CLERK

6   UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
7

8   UNITED STATES OF AMERICA,

9                           Plaintiff,

10   v.

11   RUBEN TREY SALINAS III,

12                          Defendant.

1:20-CR-2019-SAB

INDICTMENT

18 U.S.C. § 751(a)
Escape from Custody

13

14      The Grand Jury charges:

15      On or about March 23, 2020, in the Eastern District of Washington, the

16   Defendant, RUBEN TREY SALINAS III, did knowingly and willfully escape

17   from custody at the Yakima County Jail, an institutional facility in which he was

18   lawfully confined at the direction of the Attorney General and under and by virtue

19   of any process, to wit, an Order of Detention Pending Trial, issued under the laws

20   of the United States by the United States District Court for the Eastern District of

INDICTMENT – 1

1    Washington (Cause No. 1:19-CR-02054-SAB), after having been arrested on a

2    felony Indictment charging Felon in Possession of Firearm, in violation of 18

3    U.S.C. §§ 922(g)(1), 924(a)(2), all in violation of 18 U.S.C. § 751(a).

4

5        DATED this 2 day of June, 2020.

6                                            A TRUE BILL

7

8                                            Foreperson

9

10   William D. Hyslop
     United States Attorney

11

12   Ian L. Garriques
13   Assistant United States Attorney

14

15

16

17

18

19

20

INDICTMENT – 2